# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 7, 2015

### NO. 03-13-00605-CV

**Kenneth G. Martin and Karken Corporation, Appellants**

**v.**

**Barry Beitler; BAB 8, L.L.C.; Living Architecture and Construction Management, Inc.; and Marley Porter, Appellees**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE GOODWIN**

---

This is an appeal from the judgment signed by the trial court on June 13, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the portion of the trial court's judgment granting Porter's counterclaim for defamation and Porter's and Beitler's counterclaims for tortious interference with business relationships and renders judgment that they take nothing on their counterclaims. We affirm the trial court's judgment in all other respects. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.